IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Donelson, Lisa D

Printed: 6/24/08

Case Number: 04 B 28278
Judge: Wedoff, Eugene R

Filed: 7/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 20,501.78 |  |
| Secured: |  | 8,510.98 |
| Unsecured: |  | 7,604.39 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,644.00 |
| Trustee Fee: |  | 1,040.63 |
| Other Funds: |  | 701.78 |
| Totals: | 20,501.78 | 20,501.78 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,644.00 | 2,644.00 |
| 2. | Fairlane Credit L.L.C. | Secured | 8,510.98 | 8,510.98 |
| 3. | Resurgent Capital Services | Unsecured | 173.27 | 0.00 |
| 4. | National Capital Management | Unsecured | 141.31 | 237.08 |
| 5. | Peoples Energy Corp | Unsecured | 480.20 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 127.08 | 213.24 |
| 7. | Numark Credit Union | Unsecured | 1,568.23 | 2,630.95 |
| 8. | Sallie Mae | Unsecured | 2,593.78 | 4,351.44 |
| 9. | SBC | Unsecured | 102.34 | 171.68 |
| 10. | North Shore Agency Inc | Unsecured |  | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | Excel Telecommunications Inc | Unsecured |  | No Claim Filed |
| 13. | Global Payments | Unsecured |  | No Claim Filed |
| 14. | Oean Reef Yacht Club | Unsecured |  | No Claim Filed |
| 15. | Rogers Pontiac | Unsecured |  | No Claim Filed |
| 16. | TCF Bank | Unsecured |  | No Claim Filed |
| 17. | Spiegel | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,341.19 | $ 18,759.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 238.80 |
| 4% | 71.12 |
| 3% | 45.72 |
| 5.5% | 254.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Donelson, Lisa D

Printed: 6/24/08

Case Number: 04 B 28278
Judge: Wedoff, Eugene R
Filed: 7/30/04

```
         4.8%              97.55
         5.4%             332.47
                        _____
                      $ 1,040.63
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____